IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **CHARLIE LEE HILL**, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:11-CV-2300-L-BH** |
| | § | |
| **NATIONAL CITY BANK,** | § | |
| | § | |
| Defendant. | § | |

## <u>ORDER</u>

Before the court are the Findings, Conclusions, and Recommendation of the United States

Magistrate Judge, filed October 13, 2011.  Plaintiff did not file any objections.

Charlie Lee Hill ("Plaintiff") filed this case and moved to proceed *in forma pauperis* ("IFP")

on September 7, 2011.  Magistrate Judge Irma Ramirez determined, based on the information

provided in his application, that Plaintiff had sufficient assets to pay the filing fee.  Magistrate Judge

Ramirez's order of September 9, 2011, instructed Plaintiff to pay the required $350 filing fee to the

Clerk of the Court within thirty days of the date of the order.  Plaintiff has yet to pay the required

filing fee.  Accordingly, the magistrate judge recommends that the court deny Plaintiff's application

to proceed *in forma pauperis* and dismiss this case for failure to prosecute or follow orders of the

court pursuant to Federal Rule of Civil Procedure 41(b).

Having reviewed the pleadings, file, and record in this case, and the findings and conclusions

of the magistrate judge, the court determines that the findings and conclusions are correct.  They are

therefore **accepted** as those of the court.  Accordingly, the court **dismisses** this action **without**

**prejudice** for failure to prosecute or follow orders of the court pursuant to Federal Rule of Civil

Procedure 41(b).

   **It is so ordered** this 6th day of December, 2011.


                                        Sam A. Lindsay
                                        United States District Judge